**Order entered July 12, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00377-CV

## YLDEFONSO M. AVILA, Appellant

## V.

## BAYLOR SCOTT AND WHITE, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02232-E**

## ORDER

Before the Court is appellant's motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received July 5, 2022 filed as of the date of this order.

We note the brief does not comply with the requirements of Texas Rule of Appellate Procedure 38.1. Specifically, the brief does not include:

• a complete list of all parties to the trial court's judgment or appealed order, and the names and addresses of all trial and appellate counsel;

• a table of contents with references to the pages of the brief;

•an index of authorities arranged alphabetically and indicating the pages of the brief where the authorities are cited;

•a concise statement of the nature of the case, the course of the proceedings, and the trial court's disposition of the case, supported by record references;

•a concise statement of the issues presented for review;

•a concise, non-argumentative statement of the facts pertinent to the issues presented, supported by record references;

•a succinct, clear, and accurate statement of the arguments made in the body of the brief;

•a clear and concise argument for the contentions made, with appropriate citations to authorities and the record; and,

•a short conclusion that clearly states the nature of the relief sought.

*See* TEX. R. APP. P. 38.1(a)-(d), (f)-(j).  Accordingly, we **ORDER** appellant to file an amended brief that complies with rule 38.1 no later than July 22, 2022.  We caution appellant that failure to comply may result in the appeal being dismissed without further notice.  *See id.* 38.8(a)(1), 42.3(b),(c).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE